UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN A. GREEN, an individual; | Case No. 2:26-cv-00040 PA (ASx) |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| JPMORGAN CHASE BANK, N.A., and Does 1 through 200; | Compl. Filed: January 05, 2026 FAC Filed: April 8, 2026 |
| Defendants. | |

The Court, having reviewed the Parties' Stipulation of Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby ORDERS as follows:

1. Plaintiff Bryan Green's Complaint, and all claims and causes of action asserted therein, are dismissed with prejudice in their entirety.

2. Each party shall bear its own attorneys' fees and costs, and Defendant Chase Bank USA, N.A. has waived any right to seek taxable costs or attorneys' fees in connection with this action.

- 1 – [PROPOSED] ORDER

3.  The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:  June 12, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

- 2 – [PROPOSED] ORDER